## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **LAURA LONGWELL,** *Plaintiff* | § § § § § § § | |
| **v.** | | **Case No. 1:21-CV-00961-SH** |
| **SEED REAL ESTATE GROUP, INC.,** *Defendant* | | |

### O R D E R

Before the Court is the Parties' Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii), filed June 22, 2022 (Dkt. 17).

The parties stipulate and agree that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, the Court **GRANTS** the Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (Dkt. 17) and will enter a Final Judgment in a separate order.

**SIGNED** on June 22, 2022.

_____

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE