# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **LAURA LONGWELL,** § <br> *Plaintiff* § <br> § <br> **v.** § **Case No. 1:21-CV-00961-SH** <br> § <br> **SEED REAL ESTATE GROUP, INC.,** § <br> *Defendant* § | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court granted the parties' Stipulation of Voluntary Dismissal. Plaintiff has agreed to dismiss all causes of action against Defendant with prejudice. Accordingly, the Court renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58. Each party will bear its own fees and costs of court.

**IT IS HEREBY ORDERED** that all settings are **CANCELED** and the case is **CLOSED**.

**SIGNED** on June 22, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE